**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1375**

ANDRE JUSTE,

        Plaintiff - Appellant,

        v.

RESIDENT AGENCY; ERIE PENNSYLVANIA (SATELLITE OFFICE); WILLIAM J. GREEN BUILDING; EDWARD J. HANKO; FEDERAL BUREAU OF INVESTIGATION; PITTSBURGH LEADERSHIP AGENT; FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS OFFICE; ROBERT F. MUELLER, (Chief Agent James S. Yawne Director Agents),

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, District Judge. (3:14-cv-00130-JPB-RWT)

Submitted: July 27, 2017                      Decided: July 31, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Juste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Juste appeals the district court's order dismissing his civil action for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Juste v. Resident Agency*, No. 3:14-cv-00130-JPB-RWT (N.D.W. Va. Jan. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*